No. 91–824. RALLY'S, INC. *v.* INTERNATIONAL SHORTSTOP, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–825. HEAVRIN *v.* JEFFERS. C. A. 6th Cir. Certiorari denied.

No. 91–826. SCHULDT ET VIR, ON BEHALF OF THEMSELVES AND THEIR MINOR DAUGHTER, SCHULDT *v.* MANKATO INDEPENDENT SCHOOL DISTRICT NO. 77. C. A. 8th Cir. Certiorari denied.

No. 91–827. FARMERS GROUP, INC., ET AL. *v.* AMERICAN ASSOCIATION OF RETIRED PERSONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–828. VANDENBERG *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–830. AVALA OF TEXAS, INC., DBA THE AVALA GROUP, ET AL. *v.* WEST, JUDGE, 269TH DISTRICT COURT, HARRIS COUNTY, TEXAS, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 91–832. REYER *v.* TODD ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–835. CALDER *v.* JOB. Sup. Ct. Utah. Certiorari denied.

No. 91–839. SORO, AKA CITICORP MORTGAGE CO. INC. *v.* CITICORP ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–847. JOHNSON *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–853. DONAGHY *v.* CITY OF OMAHA ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–861. TODD *v.* SMITH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS FORMER CITY MANAGER OF THE CITY OF MYRTLE BEACH, SOUTH CAROLINA, ET AL. Sup. Ct. S. C. Certiorari denied.

No. 91–863. BARBE *v.* GREAT ATLANTIC & PACIFIC TEA CO. ET AL. C. A. 4th Cir. Certiorari denied.